

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00535-CV

**IN RE TYSON FOODS, INC.** and Paul Dannaldson

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  August 6, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On July 29, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-10-27890-MCV, styled *Robert Lane v. Karen Dando; Gabriel Miranda, Raul Uribe; TSI Equipment, Inc.; Tyson Foods, Inc. and Paul Dannaldson, Defendants; and Juan Carranco, Intervenor*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.